IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF ALABAMA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO. |
| DONNELL HUNTER, | ) | 11-00058-M |
| Defendant. | ) | |

## CONSENT JUDGMENT

A stipulation for entry of final judgment of consent having been filed by the parties on April 18, 2011 (Doc. 6);

Judgment is, therefore, hereby rendered in favor of plaintiff, United States of America, and against defendant, Donnell Hunter, in the sum of $57,571.00 ($49,419.10 principal and $8,151.90 pre-judgment interest through October 20, 2010), plus accrued pre-judgment interest at the rate of 4.88% per annum on the principal from October 20, 2010, until the date of judgment; and post-judgment interest from the date of judgment at the statutory rate of .24% pursuant to 28 U.S.C. § 1961 until paid in full.

Court costs are taxed against the defendant in the amount of $415.00 ($350 filing fees and $65.00 United States Marshal Service fee).

DONE this 19th day of April, 2011.

                                         s/Bert W. Milling, Jr.
                                         United States Magistrate Judge